## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK (BROOKLYN)

| | |
|---|---|
| GEOVANNY GIL,<br>on behalf of himself and all other<br>similarly situated consumers,<br>        Plaintiff,<br><br>   vs.<br><br>TRANS UNION, LLC; CAPITAL ONE<br>FINANCIAL CORPORATION; CAPITAL<br>ONE N.A.; and CAPITAL ONE BANK<br>(USA), N.A.;<br>        Defendants. | CASE NO.: 1:19-cv-07101-BMC-RML<br>  ECF Case<br><br><br>**ORDER OF DISMISSAL WITH**<br>**PREJUDICE AS TO DEFENDANT**<br>**TRANS UNION, LLC ONLY** |

Plaintiff Geovanni Gil, by counsel, and Defendant Trans Union, LLC, by counsel, having filed their Stipulation Of Dismissal With Prejudice Between Plaintiff And Defendant Trans Union, LLC, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

IT IS, THEREFORE, ORDERED that all claims of Plaintiff Geovanni Gil against Defendant Trans Union, LLC are dismissed, with prejudice. Plaintiff Geovanni Gil and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

Date: Brooklyn, NY
February 13, 2020

                                                 JUDGE, United States District Court,
                                                 Eastern District of New York

DISTRIBUTION TO:

| | |
|---|---|
| Adam J. Fishbein, Esq.<br>fishbeinadamj@gmail.com | Camille R. Nicodemus, Esq.<br>cnicodemus@schuckitlaw.com |